**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-7012**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

     v.

CALVIN BERNARD GREEN, a/k/a Aaron O. Smith, Jr., a/k/a
Calvin M. Green, a/k/a Calvin D. Smith, a/k/a Calvin Marvin
Smith, a/k/a Calvin Darnell Green, a/k/a Budda Smith, a/k/a
Calvin Darnell Smith, a/k/a William Mingo Johnson,

        Defendant – Appellant.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior
District Judge.  (7:99-cr-00032-jct-1)

─────────────

Submitted:  August 14, 2009      Decided:  August 25, 2009

─────────────

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Calvin Bernard Green, Appellant Pro Se.  Joseph William Hooge
Mott, Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Bernard Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. Green argued that his sentence should be reduced in light of Amendment 706 to the U.S. Sentencing Guidelines Manual. We have previously addressed and rejected the issue now raised by Green. United States v. Green, 301 F. App'x 201 (4th Cir. Dec. 1, 2008) (per curiam). Thus, this court's prior holding is law of the case, and Green may not relitigate that issue in this appeal. See United States v. Aramony, 166 F.3d 655, 661 (4th Cir. 1999). Accordingly, we affirm the district court's order for that reason. United States v. Green, No. 7:99-cr-00032-jct-1 (W.D. Va. May 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED